FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0449

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0449

_____

JOSEPH and SHARLENE LOENDORF;
ABRAM and KATHY STEVENS,

      Plaintiffs and Appellees,

    v.                              O R D E R

EMPLOYERS MUTUAL CASUALTY
COMPANY, a foreign corporation,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brett Linneweber, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022